# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  Chapter 13
DONNA L FAVATA


             Debtor                      **Bankruptcy No.** 18-13248-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


April 23, 2020

_____
             Magdeline D. Coleman
             Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
DONNA L FAVATA

56 CAROL LANE

MALVERN, PA 19355